

## In the United States District Court
## for the Southern District of Florida

Harold X. and Sally O'Boyle
Husband and Wife
　　　　　　Petitioners

v.

United States
　　　　　　Respondent

### Petition to Quash Summons

The district court has jurisdiction under IRC Section 7609(h)

This petition concerns a summons (copy attached) issued to First State Bank of the Keys for records in its possession about petitioners.

Petitioners are filing this Petition under rules in section 7609(b)(2)(A) "Special procedures for third-party summons."

The summons, issued under 26 USC 7602(a) improperly includes Petitioners in the limited class of persons and entities to which the section applies.

Petitioners will discuss the lawful limits of the summons authority below.

The attached affidavits are evidence that Harold X. O'Boyle, Sally O'Boyle and the various entities named in the summons are not in the classes of individuals and entities subject to section 7602 authority.

### Discussion

1.    Respondent claims authority to issue the summons in question under section 7602(a) of Title 26 of the Internal Revenue Code. The language of section 7602(a) appears to grant revenue agents power to demand information about and from anyone to determine tax liability or verify returns. However, such sweeping, limitless investigative power does not and cannot exist under American law.

Any law granting such broad authority would conflict with the Constitution's Fourth Amendment. That amendment forbids unwarranted searches and specifies strict conditions for obtaining warrants, including sworn testimony of firsthand knowledge of criminal acts.

Congress knows it cannot sanction general warrants, or "Writs of Assistance" as they were called in the 18th century, when Americans took up arms to end them. The constitution specifically prohibits them.

To maintain constitutional harmony laws authorizing the compulsory production of private information must specify to whom the law applies and the circumstances under which summonses may issue.

There is no question that income tax law is constitutional. And because it is, there must be limits on the examination powers of government agents who enforce it.

Fortunately, the Statutes at Large dispel any confusion about the limits that apply to summonses under 26 USC 7602.

2.    As this honorable court knows, USC Title 26 is not the law. It is a mere representation of certain of the Statutes at Large. It is *prima facie* evidence of the law in those statutes.

3.    Title 1, Section 204(a) explains the legal nature of the United States Code:

> *"(a) United States Code. — The matter set forth in the edition* **of the code of Laws of the United States** *current at any time shall, together with the then current supplement, if any,* **establish prima facie the laws of the United States**, *general and permanent in their nature, in force on the day preceding the commencement of the session following the last session the legislation of which is included: Provided, however, that* **whenever titles of such Code shall have been enacted into positive law the test thereof shall be legal evidence of the laws therein contained**, *in all the courts of the United States, the several States, and the Territories and insular possessions of the United States."*— 1 USC 204(a)

**Title 26 has not been enacted into positive law.**

> *"Of the 50 titles, only 23 have been enacted into positive (statutory) law. These titles are 1, 3, 4, 5, 9, 10, 11, 13, 14, 17, 18, 23, 28, 31, 32, 35, 36, 37, 38, 39, 44, 46, and 49. When a title of the code was*

> *enacted into positive law, the text of the title became*
> *legal evidence of the law.* **Titles that have not been**
> **enacted into positive law are only prima facie**
> **evidence of the law. In that case, the Statutes at**
> **Large still govern.**
>
> — United States Government Printing Office

**(Emphasis added by Petitioners in all citations where it appears)**

4.    We can, therefore, ignore the misleading language of USC 26,

7602 and look to the Statutes at Large for governing law in this

case. Furthermore, the Supreme Court has often confirmed the

following fundamental judicial doctrine:

> **"When the words of a statute are unambiguous**,
> *the first canon of statutory construction — that Courts*
> *must presume that a legislature says in a statute what*
> *it means and means in a statute what it says there — is*
> *also the last, and* **judicial inquiry is complete."** —
> Connecticut National Bank v. Germain, 503 US 249
> (1992)

As the court will see below, the words of the statute in this case

are perfectly clear. Inquiry in this matter need go no farther than

the law's unambiguous language.

5.    USC 26, 7602 derives from section 3173 of the Revised Statutes

of 1873 as amended in 1919 and reenacted as the current law in

the Revenue Act of 1926. That section establishes two groups

subject to the summons and examination authority of the Secretary of the Treasury.

The first is those who have received notice of a duty to file and have either refused or neglected to do so. This would include individuals who have not filed after the IRS has notified them that there is evidence that they should.

The second group subject to examination authority consists of those engaged in certain special businesses that are required to *"...deliver a monthly or other return of objects subject to tax...."* Examples of members of this class would be brewers, distillers, tobacco producers and bankers as named in various related sections such as 3307, 3337, 3338, 3414 and others. Should one of these special entities fail to file the Secretary has the power to summon them and their records. Section 3173 says, in relevant part:

> *"...And if any person, on being notified or required as aforesaid*, [of an obligation to file a return] *shall refuse or neglect to render such list or return within the time required as aforesaid*,[this phrase defines the first group] *or whenever any person who is required to deliver a monthly or other return of objects subject to tax* [this phrase defines the second group] *fails to do so at the time required, or delivers any return which, in the opinion of the collector, is erroneous, false or*

*fraudulent, or contains any undervaluation or*
*understatement, or refuses to allow any regularly*
*authorized Government officer to examine the books of*
*such person, firm, or corporation, it shall be lawful for*
*the collector to summon such person…"* — Section 3173
Revised Statutes of 1873 (amended 1919)

The easily understood language of this statute modifies "any person" twice to show two distinct groups subject to summons authority.

The language also clearly states that only members of the second group can be summoned for *either* failure to file a return *or* to examine the return for accuracy. **The first group may be summoned *only* for failure to file, not for verification of the accuracy of a return.**

6.     Respondent claims the purpose for having issued the summons at bar is to verify our sworn return. This is not a legitimate purpose. Failure to file would have placed us in the first group, but having timely filed, we are not in that group; and we do nothing that places us in the second. We are not subject to summons for verification of our return.

We will briefly touch upon the matter of purpose here as it will likely be raised in response. However, since no legitimate purpose can exist for demanding information from those outside

Respondent's legal authority, the purpose of the summons is irrelevant.

7.    Section 3173 of the Statutes at Large has been reenacted in every major revenue act since Lincoln's presidency. It remains the law today, reconciling federal taxing power with constitutional limits of that power.

Its precursor, section 63 of the Revenue Act of 1862, which is also still the law today, was the first to impose a "duty" on income. It expressed, even more clearly, the same principle as Section 3173 regarding return verification. Section 63 unambiguously states, concerning the first group mentioned above, that a sworn return is the final, irrefutable determinant of liability:

> "*Provided, that **any party, in his or her own behalf, or as guardian or trustee, as aforesaid**, **shall be permitted to declare, under oath or affirmation,** the form and manner of which shall be prescribed by the commissioner of Internal Revenue, **that he or she was not possessed of an income of six hundred dollars,** liable to be assessed elsewhere and the same year for an income duty**, under authority of the United States**, **and shall thereupon be exempt from an income duty; or**, **if the list or return of any party shall have been increased by the assistant assessor**, in manner as aforesaid, **he or she may be permitted to declare**, as aforesaid, **the amount of**

> **his or her annual income,** or the amount held in
> trust, as aforesaid, liable to be assessed, as aforesaid,
> **and the same so declared shall be received as the**
> **sum upon which duties are to be assessed and**
> **collected.**" — Section 63, Revenue Act of 1862

These instructions are repeated in the regulations of the current

code at 26 CFR 301.6203-1 which tells us how Title 26 taxes are

assessed:

> **Method of assessment**
> **...The amount of the assessment shall, in the case**
> **of a tax shown on a return by the taxpayer, be the**
> **amount so shown**...

Thus, not only is Respondent acting outside its lawful

authority, but is doing so for a purpose which is also

unauthorized by law.

8.      Lest the Court be concerned that the law, in effect since 1862,

has somehow been changed through the action of its many

recodifications, we need look no further than the first compilation of

revenue laws in 1939 to see that it has not. The language of the

1939 Code was refreshingly clear when compared with the vague

mutations present in today's code, clearly modifying the words "any

person" to properly limit the law's application:

> *SEC. 3615. SUMMONS FROM COLLECTOR TO PRODUCE*
> *BOOKS AND GIVE TESTIMONY.*

> (a) GENERAL AUTHORITY. — It shall be lawful for the collector, **subject to the provisions of this section** to summon any person to appear before him and produce books at a time and place named in the summons, and to give testimony or answer interrogatories, under oath, respecting any objects or income liable to tax or the returns thereof….

Then we are given the "…provisions of this section…" which tell us exactly who is subject to the authority granted in paragraph (a):

> (b) ACTS CREATING LIABILITY. — Such summons may be issued —
>
> (1) REFUSAL OR NEGLECT TO COMPLY WITH NOTICE REQUIRING RETURN. — **If any person, on being notified or required** as provided in section 3611, **shall refuse or neglect** to render such list or return within the time required, or
>
> (2) FAILURE TO RENDER RETURN ON TIME. —
> **Whenever any person who is required to deliver a monthly or other return of objects subject to tax** delivers any return which, in the opinion of the collector, is erroneous, false, or fraudulent, or contains any undervaluation or understatement or
>
> (3) ERRONEOUS, FALSE, OR FRAUDULENT RETURN. —
> **Whenever any person who is required to deliver a monthly or other return of objects subject to tax** delivers any return which, in the opinion of the collector, is erroneous, false, or fraudulent, or contains any undervaluation or understatement, or

> *(4) REFUSAL TO PERMIT EXAMINATION OF BOOKS. —*
> **Whenever any person who is required to deliver a**
> **monthly or other** *return of objects subject to tax*
> *refuses to allow any regularly authorized Government*
> *officer to examine his books.*

The language of the 1939 code maintains the distinctly old fashioned clarity of the original revenue statutes by precisely specifying those subject to lawful summons. The Preliminary Materials section of the current IRC says that section 7602 is a recodification of sections 3614, 3615(a), (b), and (c) and 3632(a)(1) of the 1939 IRC. The language of 7602 took its current form in 1954. The Supreme Court confirmed that its meaning did not change:

> *"The legislative history of the code supports the*
> *conclusion that congress intended to design a system*
> *with interrelated criminal and civil elements.* **Section**
> **7602 derives, without change in meaning, from**
> **corresponding and similar provisions in 3614,**
> **3615, and 3654 of the 1939 Code."** — United States
> v LaSalle National Bank, 437 U.S. 298 (1978)
> referencing H.R. Rep. No. 1337, 83rd Cong., 2nd Sess.,
> A436 (1954); S. Rep. No 1622, 83rd Cong., 2nd Sess.,
> 617 (1954).

[Note: The Court's reference to section 3654 is out-of-date with the current derivation table, but as that section simply reflected the authority to summon "officers of internal revenue" it does not bear on this case. It has been replaced

with 26 USC 7602(b) in the Tax Reform Act of 1982 which extends the summons power to investigations of IRS employee conduct.]

Nor has the original meaning changed in any later recodification, although its clarity has greatly diminished.

### Conclusion

9.    The clear language of the governing Statutes at Large, amplified by the 1939 USC, shows exactly who is subject to the summons and examination authority of U.S. government revenue agents. They are the following and no others:

(1) People or entities that have refused or neglected to file required returns.

(2) People or entities required to file monthly or other returns of objects subject to tax.

(3) Those involved in the administration or enforcement of the internal revenue laws.

The evidence attached to this petition shows that Petitioners, Harold X. and Sally O'Boyle and all entities mentioned in the subject summons do not belong to any of the classes subject to the summons and examination authority of Respondent.

## Prayer

Petitioners respectfully pray that this honorable court quash this

summons, enjoin the United States and its agents from further

unlawful investigations into our private affairs, order Respondent to

make us whole for costs incurred in bringing this petition before the

court and grant such other relief as the court may deem just.

## Certification of Service

WE HEREBY CERTIFY that true copies of the foregoing have been sent
this $\underline{16^{th}}$ day of February 2007, by certified U.S. mail to the following:

First State Bank
Mr. Clay Savoy, Sr. Operations Officer
1201 Simonton St.
Key West, FL 33040
305-296-8535
Fax: 305-295-5249

Internal Revenue Service
Revenue Agent Margarita Palacio
51 SW First Avenue, Stop 4426
Miami, FL 33130
305-982-5130
Fax:305-982-5404

US Attorney for the Southern District of Florida
99 N.E. 4th Street
Miami, Fl. 33132
(305) 961-9001
Fax (305) 530-7679

Untied States Attorney General
US Department of Justice
Tax Division
Washington, D.C. 20044

Respectfully submitted this ___16___ day of February, 2007.

Harold X. and Sally O'Boyle
1107 Key Plaza #307
Key West, FL 33040
239-247-5445
Fax: 305-407-2404
hxoboyle@yahoo.com

Attachments:
Summons
Affidavit of Harold X. and Sally O'Boyle
Affidavit concerning business entities



# Summons

In the matter of _Harold and Sally O'Boyle_

Internal Revenue Service (Division): _Small Business/Self Employed_

Industry/Area (name or number): _South Atlantic Exam Area_

Periods: _Tax Year Beginning January 1, 2005 through December 31, 2005_

## The Commissioner of Internal Revenue

**To:** _First State Bank of the Florida Keys_

**At:** _1201 Simonton St., Key West, Florida 33040_

You are hereby summoned and required to appear before _Margarita N. Palacio, Internal Revenue Agent #65-05076 or her designee._
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See "Attachment to Summons"

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

_51 S.W. First Avenue, Stop 4426, Miami, FL. 33130 Phone 305-982-5130_

**Place and time for appearance at** _51 S.W. First Avenue, Stop 4426, Miami, FL. 33130_

**IRS**
Department of the Treasury
Internal Revenue Service
**www.irs.gov**
Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the ___8th___ day of ___March___ ___2007___ at ___9:00___ o'clock ___a.___ m.
(year)

Issued under authority of the Internal Revenue Code this ___8th___ day of ___February___, ___2007___
(year)

_Margarita N. Palacio_
Signature of issuing officer
Internal Revenue Agent
Title

_Maria N. Romen - Jones_
Signature of approving officer (if applicable)
Group Manager
Title

**Part C —** to be given to noticee

# ATTACHMENT TO SUMMONS

Issued to: First State Bank of the Florida Keys
In the matter of:  Harold X and Sally O'Boyle.
Address: 1107 Key Plaza Suite 307, Key West, FL 33040
Periods:  For tax year Beginning January 1, 2005 through December 31, 2005

All records pertaining to the following individuals and business entities whether held jointly or severally or as trustee or fiduciary as well as custodian, executor or guardian as well as any other entity in which these individuals or entities may have a financial interest:

| | |
|---|---|
| **Sally O'Boyle** | **SS# 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** |
| **Sally S. O'Boyle** | **SS# 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** |
| **Sally O. O'Boyle** | **SS# 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** |
| **Harold O'Boyle** | **SS# 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** |
| **Harold X. O'Boyle** | **SS# 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** |

**Sally O'Boyle, P.A.   EIN # 03-0521803**
**Sally O'Boyle Realty**
**O'Boyle Real Estate, L.C.**
**RE/Max Island Realty**
**The O'Boyle Family Business Trust**
**BBSG Management, L.C.**
**BBSG Ventures**
**BBSG Business Trust**
**Quixotic Holdings**

Information requested includes all accounts in which these individuals had signatory authority and/or the right of withdrawal.

**These records should include but are not limited to:**

1. **SAVINGS ACCOUNT RECORDS** including signature cards, ledger cards or records showing dates and amounts of deposits, withdrawals, interest, debit and credit memos, deposit slips, checks deposited, withdrawal slips, and checks issued for withdrawals, Forms 1099 issued, and exempt status documentation.

2. **CHECKING ACCOUNT RECORDS** including signature cards, bank statements, deposit slips, checks deposited, checks drawn on the account, records of all debit and credit memos, Forms 1099 issued, and exempt status documentation.

3. **LOAN RECORDS** including applications, financial statements, loan collateral, credit, and background investigations, loan agreements, notes or mortgages, settlement sheets, contracts, checks issued for loans, repayment records, including records showing the date, amount and method of repayment, checks used to repay loans and records showing the total amount of discount or interest paid annually, records of any liens, loan correspondence files, and internal bank memoranda.

4. **CREDIT CARD RECORDS** including the above named individual(s)' application, signature card, any credit or background investigations conducted, correspondence about the credit card accounts, monthly billing statements, individual charge invoices, repayment records showing the dates, amounts, and method (cash or check) of repayment, checks used to make repayments (front and back).

1

AFFIDAVIT

Petitioners Harold X. O'Boyle and Sally O'Boyle hereby declare and affirm:

We are private citizens with no connection to any federally licensed or privileged activity beyond that reported on our sworn returns.

We have not refused or neglected to render any federal-tax-related list or return within the time required upon being notified or required to do so.

We are not, and never have been, required to deliver a monthly or other return of objects subject to tax.

We are not, and never have been, engaged in the administration or enforcement of any internal revenue laws.

Under penalties of perjury, we declare that we have examined the facts stated in this affidavit, and to the best of our knowledge and belief, they are true, correct and complete.


_____
Harold X. O'Boyle

_____
Sally O'Boyle

Declared this Fourteenth Day of February, 2007

## AFFIDAVIT

Petitioners Harold X. O'Boyle and Sally O'Boyle hereby declare and affirm that they are of competent age and mind and jointly or severally have full ownership interest in and control of the following active and inactive business entities named in the subject summons:

Sally O'Boyle, P.A.
Sally O'Boyle Realty
O'Boyle Real Estate, L.C.
RE/Max Island Realty
The O'Boyle Family Business Trust
BBSG Management, L.C.
BBSG Ventures
BBSG Business Trust
Quixotic Holdings

We further state that all the above mentioned entities are private-sector, non-federally-connected entities.

None of the entities has refused or neglected to render any federal-tax-related list or return within the time required upon being notified or required to do so.

None of the entities are, or have ever been, required to deliver a monthly or other return of objects subject to tax.

None of the entities are, or have ever been engaged, in the administration or enforcement of any internal revenue laws.

Under penalties of perjury, we declare that we have examined the facts stated in this affidavit, and to the best of our knowledge and belief, they are true, correct and complete.

Harold X. O'Boyle

Sally O'Boyle

Declared this Fourteenth Day of February, 2007

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

0 - 10006

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

## I. (a) PLAINTIFFS

Harold O'Boyle and Sally O'Boyle, 1107 Key Plaza #307 Key West, FL 33040

**DEFENDANTS**

United States

MC-MOORE

MAGISTRATE JUDGE GARBER

**(b)** County of Residence of First Listed Plaintiff   Monroe
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

pro se

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☐ MIAMI- DADE ☑ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☑ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

K.W (MEMO) - 07-10006 - CV-MOORE-GARBER

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☑ 871 IRS – Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page):

a) Re-filed Case ☐ YES ☑ NO       b) Related Cases ☐ YES ☑ NO

JUDGE                         DOCKET NUMBER

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

26 USC 7602 Summons improperly includes Petitioners in limited class to which section applies.

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND: ☐ Yes ☑ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNATURE OF ATTORNEY OF RECORD

DATE  2/14/07

FOR OFFICE USE ONLY

AMOUNT  39   RECEIPT #  95499