## In the United States District Court
## for the Southern District of Florida

### Case No. 07-1006-MC-MOORE/GARBER

FILED by JC D.C.

JUL 0 5 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| | |
|---|---|
| Harold X. and Sally O'Boyle ) | |
| Husband and Wife, Petitioners ) | |
| v. ) | Motion to Stay Court Order |
| United States, Respondent ) | |

Petitioners hereby move this honorable court stay the execution of the ORDER DENYING PETITION TO QUASH IRS SUMMONS in this case issued on June 13, 2007, pending the outcome of Petitioners' appeal.

I. Background

Mr. and Mrs. O'Boyle filed a petition to quash an illegitimate investigation by the IRS of their 2005 tax return. The case turns on whether the Internal Revenue Code, Title 26, has been enacted into positive law. Petitioners maintain that it has not and that the proper, limited scope of IRS summons authority is described in detail in the underlying Statutes at Large, the language of which differs significantly from that of the current Code. They petitioned the District Court to make a determination based on the clear language of the Statutes.

The Court in its order agreed with the O'Boyles, stating "..Title 26 itself has not been enacted as positive law,..." but ruled against them without considering the language of the Statutes at Large.

The O'Boyles believe the Court has erred in its decision and have appealed.

II. Discussion

Petitioners have filed a Notice of Appeal in the District Court. They would be seriously prejudiced in that appeal if the Court's order denying their Petition to Quash

results in the production of the documents in question., particularly if the Appeals Court overturns the District Court ruling. The government, on the other hand, will suffer no great hardship by waiting until the outcome of the appeal to examine the O'Boyles' personal papers. Justice and a balance of the equities demand that the Court's order be stayed until a decision by the Court of Appeals.

III. Prayer

Petitioners move this court to stay the Order Denying the Petition to Quash the IRS Summons in the above mentioned case pending an Appeals Court decision.

**Certification of Service**

WE HEREBY CERTIFY that true copies of the foregoing have been sent this 5th day of June 2007, by certified U.S. mail to the following:

First State Bank
Mr. Clay Savoy, Sr. Operations Officer
1201 Simonton St.
Key West, FL 33040
305-296-8535
Fax: 305-295-5249

Internal Revenue Service
Revenue Agent Margarita Palacio
51 SW First Avenue, Stop 4426
Miami, FL 33130
305-982-5130
Fax:305-982-5404

Lawrence Rosen, Asst. U.S. Attorney
99 N.E. 4th Street
Miami, Fl. 33132
(305) 961-9001
Fax (305) 530-7679
Larry.rosen@usdoj.gov

Respectfully submitted this 5th day of July, 2007

_____  
Harold X. O'Boyle, pro se  
1107 Key Plaza #307  
Key West, FL, 33040  
hxoboyle@gmail.com  
305-395-4861   Fax: 305-407-2404

_____  
Sally O'Boyle, pro se